

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00322-CV

**SHOTTENKIRK BOERNE, LLC**,
Appellant

v.

Julia **ARMSTRONG**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 24-235
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, we REVERSE the trial court's December 23, 2024 judgment and REMAND this matter for further proceedings. We order appellee to pay the costs of this appeal.

SIGNED August 6, 2025.

_____
Lori I. Valenzuela, Justice